# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 22-40762
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**
July 3, 2023

Lyle W. Cayce
Clerkn

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Sustaita-Lara,

*Defendant—Appellant*.

―――――――――――――――――

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:20-CR-224-1

―――――――――――――――――

Before Smith, Elrod, and Southwick, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Jose Sustaita-Lara has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sustaita-Lara has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

―――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40762

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.